ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
U.S. DISTRICT COURT
2008 JAN 29 P 3: 04
S.D. OF N.Y. W.P.

---------------------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement And Legal Services Funds and the Westchester Teamsters Local Union No. 456,

**RULE 7.1**

Plaintiffs,

-against-

08 CIV. 0961

BRIEANT

CORE CONTRACTING OF NY LLC,

Defendant.

---------------------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: January 22, 2008

Karin Arrospide, Esq. (KA9319)