UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- ------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

**Index No. 08 CIV 0961 (CLB)**

Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL & ORDER**

-and-

CORE CONTRACTING OF NY LLC,

Defendant.
------------------------- --------------------------------------- -----x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure

41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the

above entitled action with prejudice

Dated: March 13, 2008
Elmsford, New York

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_Karin Arrospide_

Karin Arrospide, Esq. (KA9319)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED:   March 20, 2008

_Charles L. Brieant_

Honorable Charles L. Brieant, U.S.D.J.